IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION


FILED
OCT 12 2016
Clerk, U.S. District Court
Texas Eastern

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| v. | § § | No. 4:16CR 140 |
| RANDALL WADE (1) | § § § | Judge Crone |

### NOTICE OF CASE ASSOCIATION

The United States of America is hereby giving written notice to the Court and the Clerk that this case is related to:

**United States of America v. Habiboola Niamatalis et al.**

**Case No. 4:13CR176- CRONE**

Signed this the 12th day of October, 2016.

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY

_/s/ Tracey M. Batson for_
HEATHER RATTAN
Assistant United States Attorney
Texas Bar No. 16581050
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201