

# LEGACY
## HEART CENTER

October 19, 2016

**LEGACY HEART CENTER MCKINNEY**
5236 W University Dr Suite 4100
Mckinney TX 75071
Phone: 469-800-6300
Fax: 469-800-6351

Randall W Wade M D
120 S Central Exwy
#124
Mc Kinney TX 75070

To Whom It May Concern:

Randall W Wade M D has been under my cardiology care in the past and has the following medical problem list:

**Problem # 1:** DIABETES MELLITUS, TYPE I, UNCONTROLLED (ICD-250.03) (ICD10-E10.65)
Uncontrolled hemoglobin A1c 12.2 with tendencies toward hypoglycemia

**Problem # 2:** HYPERTENSION-BENIGN ESSENTIAL (ICD-401.1) (ICD10-I10)
Controlled on medication regimen including ARB for renal protection
Serum creatinine completely normalized to 1.1
No microalbuminuria
Blood pressure goal 130/80 with ARB

**Problem # 3:** DYSLIPIDEMIA (ICD-272.4) (ICD10-E78.5)
7-2015
At goal on Crestor 20 total cholesterol 110 HDL 32 LDL 52 triglycerides 128

**Problem # 4:** CORONARY ATHEROSCLEROSIS DUE TO CALCIFIED CORONARY LESION (ICD-414.4)
7-2015
Coronary calcium score to be 824
Predominately plaque in the LAD and circumflex artery

In addition, I have personally known Dr. Wade as a colleague for over 20 years.
I have taken care of many of his patient's over the years.
I have always known him to be a caring physician who has taken care of an extraordinary amount of patients in the area for greater than 25 years
I have personally never heard a patient complaining of the medical care that he offered over these years.

Sincerely,

_[signature]_ MD FACC

EXHIBIT "A"