

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:16CR140<br>Judge Crone |
| RANDALL WILLIAM WADE (1) | § | |

## FACTUAL BASIS

That the defendant, **Randall William Wade**, who is changing his plea to guilty, is the same person charged in the Information.

1. That the events described in the Information occurred in the Eastern District of Texas and elsewhere.

2. That **Randall William Wade** knowingly possessed controlled substances.

3. That the substances were in fact hydrocodone, alprazolam and amphetamine salts.

4. That the defendant possessed the substances with the intent to distribute and/ or dispense them.

### Counts Two through Ten

5. That **Randall William Wade** knowingly engaged, or attempt to engage, in a monetary transaction in an amount greater than $10,000 by, though, or to a financial institution with proceeds of a specified unlawful activity, that is, possession with intent to distribute and dispense, and distributing and dispensing of a controlled substance in violation of 18 U.S.C. § 1957.

6. Specifically, **Randall William Wade** knowingly engaged, or attempt to engage, in the below listed monetary transactions on the below listed dates in amounts greater than $10,000 by, though, or to a financial institution with proceeds of a specified unlawful activity, that is, possession with intent to distribute and dispense, and distributing and dispensing of a controlled substance in violation of 21 U.S.C. § 841, all in violation of 18 U.S.C. § 1957.

| Count | Date | Transaction Amount |
|---|---|---|
| 2 | 02/07/2014 | $17,676.11 |
| 3 | 02/02/2015 | $20,096.49 |
| 4 | 03/17/2015 | $30,717.91 |
| 5 | 05/22/2015 | $35,000.00 |
| 6 | 08/03/2015 | $11,805.00 |
| 7 | 08/28/2015 | $11,805.00 |
| 8 | 10/16/2015 | $50,000.00 |
| 9 | 01/19/2016 | $31,287.77 |
| 10 | 1/29/2016 | $19,332.71 |

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Basis and the Information and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: 9-10-17

_____
RANDALL WILLIAM WADE
Defendant

## COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Basis and the Information and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Information.

Dated: 9-10-2017

_____
BRADY THOMAS WYATT, III
Attorney for the Defendant

Factual Basis
Page 3